IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-0366 LJO SKO |
| Plaintiff, | **ORDER RE DETENTION UNTIL 1/25/13 AND RELEASE TO WESTCARE** |
| vs. | |
| MARK ANTHONY CARBALLO, | |
| Defendant. | |

On January 8, 2013, the Court set conditions of release for defendant and ordered defendant released to the custody of Westcare only. The Court has been informed that due to an outstanding arrest warrant, defendant was not been released to Westcare. The Court has also been informed that the warrant has been cleared, and the Fresno County jail will release defendant Mark Anthony Carballo. For good cause, the Court ORDERS defendant Mark Anthony Carballo DETAINED until January 25, 2013 at 10:00 a.m. at which time defendant is ORDERED to be released to the custody of Westcare only.

IT IS SO ORDERED.

Dated: **January 24, 2013**          /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE

1