1  HEATHER E. WILLIAMS, Bar # 122664
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARK ANTHONY CARBALLO

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   Case No. 1:12-cr-00366 LJO - SKO
                                         )
12               *Plaintiff,*            )
                                         )
13       v.                              )   **DEFENDANT'S WAIVER OF PERSONAL
                                         )   APPEARANCE;  ORDER**
14  MARK ANTHONY CARBALLO,               )
                                         )
15               *Defendant.*            )
    _____ )

16

17       The undersigned defendant Mark Anthony Carballo, having been advised of his right to be present

18  at all stages of the proceedings, including but not limited to presentation of arguments on questions of law,

19  to present evidence in his own defense, to appear at status conferences, hereby waives his right to be

20  present in person in open court upon the hearing of any motion or other proceeding in this cause, including

21  but not limited to status conferences, motions hearings, when a continuance is ordered, and requests the

22  court to allow his attorney to represent his interests in court on such dates, defendant having specifically

23  given said attorney prior verbal authorization to make such appearance on his behalf and to request the

24  Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further

25  hereby requests the court to proceed during every absence of his which the court may permit pursuant to

26  this waiver, and allow his attorney-in-fact to represent his interests at all times.  This request is made

27  pursuant to Fed.R.Crim.P. 43(b)(3).

28  ///

1     Mr. Carballo makes this request so that he may complete his training at work and be available for

2 work assignments when it is not necessary for him to be present at court.

3     Counsel for Mr. Carballo represents that today Assistant U.S. Attorney Kimberly A. Sanchez

4 indicated that the government has no objection to defendant's proposed waiver of appearance.

5                                    Respectfully submitted,

6

7 DATED: June 12, 2013                     */s/ Mark Anthony Carballo*
                                         MARK ANTHONY CARBALLO

8                                          Defendant

9

10                                          HEATHER E. WILLIAMS
                                         Federal Defender

11

12 DATED: June 12, 2013                      /s/ *Victor M. Chavez*
                                         VICTOR M. CHAVEZ

13                                          Assistant Federal Defender
                                         Attorney for Defendant

14                                          Mark Anthony Carballo

15

16                                   **ORDER**

17

18     **GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived

19 for a proceeding involving only a conference or hearing on a question of law. Fed.R.Crim.P. 43(b)(3).

20 Defendant shall be present at all other proceedings.

21

22 IT IS SO ORDERED.

23 **Dated:   June 13, 2013**                 **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Carballo - Waiver of Personal Presence